Bryan Pease (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
(619) 723-0369

Attorney for Plaintiff
Susan Shalov

FILED
10 MAR -4 PM 1:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: mTB
DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SHALOV, | No. '10 CV 0474 H AJB |
| Plaintiff, | COMPLAINT FOR BREACH OF CONTRACT, CONVERSION, UNJUST ENRICHMENT, FRAUD AND DECEIT |
| vs. | |
| MARK LANE; CAPITOL MOTION PICTURES, LLC; FULLY ATTIRED FILM GROUP, LLC; FULLY ATTIRED FILM GROUP, LP; FULL CIRCLE PRODUCTIONS, LP; and DOES 1-50, inclusive, | |
| Defendants. | |

Plaintiff alleges:

### JURISDICTION AND VENUE

1. Jurisdiction is based on 28 U.S.C. § 1332(a).

2. Venue is based on 28 U.S.C. § 1391(a)(2) in that a substantial part of the events or omissions giving rise to the claim occurred in this District, or a substantial part of property that is the subject of the action is situated in this District.

## PARTIES

3. Each of the above paragraphs are re-alleged and herein incorporated by reference.

4. Plaintiff SUSAN SHALOV is an individual residing in Las Vegas, Nevada.

5. Defendant MARK LANE is an individual residing in Austin, Texas.

6. Defendant CAPITOL MOTION PICTURES, LLC, is a limited liability company based in Austin, Texas and is controlled by defendant LANE.

7. Defendant FULLY ATTIRED FILM GROUP, LLC, is a limited liability company based in Irvine, California and is controlled by defendant LANE.

8. Defendant FULLY ATTIRED FILM GROUP, LP, is a limited liability partnership based in Northridge, California and is controlled by defendant LANE.

9. Defendant FULL CIRCLE PRODUCTIONS, LP, is a limited liability partnership based in Northridge, California and is controlled by defendant LANE.

10. Plaintiff is ignorant of the true names and capacities of the Defendants sued herein as DOES 1 through 50, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when such are ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as herein alleged were proximately caused by said DOE Defendants' acts or omissions.

11. At all times herein mentioned each of the Defendants, including the Defendants named as DOE herein, was the agent and/or employee of each of the remaining Defendants and in doing the things mentioned herein was acting within the scope of such agency and/or employment.

## FIRST CAUSE OF ACTION

(Breach of Contract)

12. Each of the above paragraphs are re-alleged and herein incorporated by reference.

13. On April 2, 2006, Plaintiff wrote a check for $45,000 to Defendant FULLY ATTIRED FILM GROUP, LP as a loan.

14. On June 5, 2006, Plaintiff wrote a check for an additional $30,000 to Defendant FULLY ATTIRED FILM GROUP, LP as an additional loan.

15. On June 22, 2009, Defendant LANE wrote to First Regional Bank in Carlsbad, California asking the bank to change Plaintiff's Roth IRA account to read "Fully Attired Film Group LLC," so that LANE could control the account.

16. Defendants promised to invest Plaintiff's money to obtain large returns in movie production.

17. Defendants never performed their end of the contract and instead misappropriated the funds. In total, Defendants now owe Plaintiff over $177,000 that has not been paid back.

## SECOND CAUSE OF ACTION

### (Conversion)

18. Each of the above paragraphs are re-alleged and herein incorporated by reference.

19. Defendants have misappropriated and converted to their own personal use and possession, without Plaintiff's consent, Plaintiff's money.

20. As a result of Defendants' willful and malicious actions, Plaintiff has been deprived of the use of her money, and an award of punitive damages is appropriate.

## THIRD CAUSE OF ACTION

### (Unjust enrichment against all Defendants)

21. Each of the above paragraphs are re-alleged and herein incorporated by reference.

22. Defendants have been unjustly enriched in the amount of $177,000 plus interest.

## FOURTH CAUSE OF ACTION

### (Fraud and deceit against all Defendants)

23. Each of the above paragraphs are re-alleged and herein incorporated by reference.

24. Defendants made false representations and concealed material facts susceptible of knowledge, made with knowledge of their falsity or without sufficient knowledge on the subject to warrant a representation, and with the intent to induce Plaintiff to act on it.

25. Based on these false representations and concealment of material facts, Plaintiff transferred over $177,000 to Defendants and received nothing in return.

26. An award of punitive damages is appropriate due to Defendants' willful and malicious fraud and deceit.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For compensatory damages of $177,000;
2. For exemplary or punitive damages according to proof;
3. For Plaintiff's cost of suit herein;
4. For interest and attorney's fees according to proof;
5. For such other and further relief as the Court may deem just and proper.

Dated: March 4, 2010

By: *[signature]*
Bryan W. Pease
Attorney for Plaintiff

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

FILED
10 MAR -4 PM 1:49

(b) County of Residence of First Listed Plaintiff: **Clark County, NV**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Travis County, TX**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.
BY: MTB DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known) '10 CV 0474 H AJB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☒ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28 USC 1332(a)**

Brief description of cause:
**fraud, breach of contract, misappropriation of funds**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ **177,000.00**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: **03/03/2010**

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT # **10804** AMOUNT **$350** APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

MB 03-04-10

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS010804
Cashier ID: mbain
Transaction Date: 03/04/2010
Payer Name: BRYAN W PEASE INC
----------------------------------
CIVIL FILING FEE
 For: BRYAN W PEASE INC
 Case/Party: D-CAS-3-10-CV-000474-001
 Amount:         $350.00
----------------------------------
CHECK
 Check/Money Order Num: 204
 Amt Tendered: $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```