John H. Stephens, SBN 082971
Amberlynn K. Deaton, SBN 239196
WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
(619) 233-1888 / Fax: (619) 696-9476

Attorneys for Defendants Mark Lane, Capitol Motion Pictures, LLC, Fully Attired Film Group, LLC, Fully Attired Film Group, LP and Full Circle Productions, LP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN SHALOV,<br><br>Plaintiff,<br><br>v.<br><br>MARK LANE; CAPITOL MOTION PICTURES, LLC; FULLY ATTIRED FILM GROUP, LP; FULL CIRCLE PRODUCTIONS, LP; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 10CV0474H<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT FOR BREACH OF CONTRACT, CONVERSION, UNJUST ENRICHMENT, FRAUD AND DECEIT** |

Plaintiff Susan Shalov (“Plaintiff”), on the one hand, and Defendants Mark Lane, Capitol Motion Pictures, LLC, Fully Attired Film Group, LLC, Fully Attired Film Group, LP and Full Circle Productions, LP (collectively, “Defendants”), on the other hand, by and through their counsel of record, enter into the following Stipulation Extending the Time for Defendants to Respond to Plaintiff’s Complaint, with reference to the following facts:

A. Defendants were served with the Plaintiff’s Complaint on March 11, 2010, and a response to the Complaint by the Defendants would otherwise be due on April 1, 2010.

B. Defendants retained counsel on March 26, 2010. As a result, Defendants require additional time to analyze the Plaintiff’s contentions and formulate a response. The Plaintiff has

agreed to provide the Defendants with an extension of time to respond to the Complaint, up to and including April 15, 2010.

NOW, THEREFORE, the parties hereto agree as follows:

1. Defendants, and each of them, may have up to and including April 15, 2010, to respond to the Plaintiff's Complaint.

2. This Stipulation may be executed in counterparts and via facsimile or other means of electronic transmission which, when taken together, shall constitute a single, signed original.

IT IS SO STIPULATED.

Dated: March 29, 2010

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation

By: s/ Amberlynn Deaton
Amberlynn K. Deaton
Attorneys for Defendants Mark Lane, Capitol Motion Pictures, LLC, Fully Attired Film Group, LLC, Fully Attired Film Group, LP and Full Circle Productions, LP

Dated: March __, 2010

By: s/ Bryan Pease
Bryan Pease
Attorneys for Defendants Mark Lane, Capitol Motion Pictures, LLC, Fully Attired Film Group, LLC, Fully Attired Film Group, LP and Full Circle Productions, LP

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476

WERTZ MCDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476

**ORDER**

Defendants, and each of them, may have up to and including April 15, 2010, to respond to the Plaintiff's Complaint.

DATED: March ___, 2010

_________________________________
Hon. Marilyn Huff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2010, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Amberlynn Deaton

WERTZ MCDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476