John H. Stephens, SBN 082971
Sarah H. Lanham, SBN 213555
Amberlynn K. Deaton, SBN 239196
WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
(619) 233-1888 / Fax: (619) 696-9476

Attorneys for Defendants Mark Lane, Capitol Motion Pictures, LLC, Fully Attired Film Group, LLC, Fully Attired Film Group, LP and Full Circle Productions, LP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SHALOV,<br><br>       Plaintiff,<br><br>       v.<br><br>MARK LANE; CAPITOL MOTION PICTURES, LLC; FULLY ATTIRED FILM GROUP, LP; FULL CIRCLE PRODUCTIONS, LP,<br><br>       Defendants. | CASE NO. 10CV0474H<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, Defendants Capitol Motion Pictures, LLC, Fully Attired Film Group, LP and Full Circle Productions, LP hereby certify that none of them have a corporate parent and that no publicly held corporation owns 10 percent or more of any of their stock.

Dated: April 26, 2010              WERTZ McDADE WALLACE MOOT & BROWER
                                   A Professional Corporation


                                   By: */s/ John H. Stephens*
                                       John H. Stephens
                                       Attorneys for Defendants Mark Lane, Capitol Motion Pictures, LLC, Fully Attired Film Group, LLC, Fully Attired Film Group, LP and Full Circle Productions, LP

## CERTIFICATE OF SERVICE

I caused the foregoing **NOTICE OF PARTY WITH FINANCIAL INTEREST** to be served in the following manner:

**Electronic Mail Notice List**

The following those currently on the list to receive e–mail notices for this case.

Bryan W. Pease, Esq.
302 Washington Street, Suite 404
San Diego, California 92103
(619) 723-0369
(619) 923-1001 fax
bwpeaselaw@gmail.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e–mail notices for this case and therefore require manual noticing:

**NONE**

*/s/ John H. Stephens*
jstephens@wertzmcdade.com

**WERTZ MCDADE WALLACE MOOT & BROWER**
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476