cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SHALOV, | ) Civil No.10cv0474 H (AJB) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING JOINT MOTION** |
| | ) **TO CONTINUE EARLY NEUTRAL** |
| MARK LANE; CAPITOL MOTION PICTURES, LLC; FULLY ATTIRED FILM GROUP, LLC; FULLY ATTIRED FILM GROUP, LP; FULL CIRCLE PRODUCTIONS, LP and DOES 1-50, inclusive, | ) **EVALUATION CONFERENCE** |
| | ) [Doc. No. 8.] |
| Defendants. | ) |

Having reviewed the parties' Joint Motion to Continue the Early Neutral Evaluation Conference, currently set for May 24, 2010 at 2:00 p.m., and finding cause therefore: IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference is continued to **June 23, 2010 at 2:00 p.m.**

IT IS SO ORDERED.

DATED: May 21, 2010

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court