cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SHALOV,<br><br>            Plaintiff,<br>v.<br><br>MARK LANE; CAPITOL MOTION PICTURES, LLC; FULLY ATTIRED FILM GROUP, LLC; FULLY ATTIRED FILM GROUP, LP; FULL CIRCLE PRODUCTIONS, LP and DOES 1-50, inclusive,<br><br>            Defendants. | Civil No.10cv0474 H (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On June 23, 2010, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Bryan Pease, Esq., Susan Shalov and Jaclyn Simi on behalf of plaintiff; Amber Lynn Deaton, Esq. and Mark Lane on behalf of defendant.

Settlement could not be reached in the case. Following a discussion between the Court and counsel, the initial proceedings under Rule 26 were scheduled. The Court orders as follows:

1. The Rule 26(f) conference will be held on July 19, 2010 at 2:00 p.m.;

2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) must occur before *August 2, 2010*;

3. A joint discovery plan must be lodged with Judge Battaglia on or before *August 2, 2010;* and,

1    4.    Counsel are ordered to appear *by phone on August 9, 2010* at *9:30 a.m.* for a Case
2          Management Conference pursuant to Federal Rule of Civil Procedure 16(b).  Counsel for
3          plaintiff must make arrangements for the conference call.
4    Failure of any counsel or party to comply with this Order will result in the imposition of
5 sanctions.
6    IT IS SO ORDERED.

8 DATED:  June 24, 2010

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court