cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SHALOV, | Civil No.10cv0474 H (AJB) |
| Plaintiff, | |
| v. | ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |
| MARK LANE; CAPITOL MOTION PICTURES, LLC; FULLY ATTIRED FILM GROUP, LLC; FULLY ATTIRED FILM GROUP, LP; FULL CIRCLE PRODUCTIONS, LP and DOES 1-50, inclusive, | |
| Defendants. | |

On August 9, 2010, the Court convened a Case Management Conference in the above entitled action. Appearing were Bryan Pease, Esq. on behalf of plaintiff and Amberlynn Deaton, Esq. on behalf of defendant.

Counsel have met their early conference and disclosure obligations and have presented a joint discovery plan. After some discussion, a final schedule taking the case through the pretrial conference was developed. A Scheduling Order will be issued separately.

IT IS SO ORDERED.

DATED: August 9, 2010

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

