# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SHALOV,<br><br>                            Plaintiff,<br>  vs.<br><br>MARK LANE; CAPITOL MOTION PICTURES, LLC; FULLY ATTIRED FILM GROUP, LP; FULL CIRCLE PRODUCTIONS, LP,<br><br>                          Defendants. | CASE NO. 10-CV-474 H (MDD)<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF ATTORNEY** |

On July 25, 2011, Defendants filed a motion to substitute lawyers from the law firm of Mulvaney Kahan & Barry, LLP as attorney as record in the place of Wertz McDade & Wallace, APC. (Doc. No. 22.) The Court, for good cause shown, GRANTS the motion and orders that John H. Stephens from the law firm of Mulvaney Kahan & Barry LLP be substituted as counsel for Defendants Mark Lane, Capitol Motion Pictures, LLC, Fully Attired Film Group, LLC, Fully Attired Film, LP, and Full Circle Productions, LP.

**IT IS SO ORDERED.**

DATED: August 9, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -      10cv474