## PROOF OF SERVICE BY MAIL

*Shalov v. Lane*
U.S. District Court case number 10CV0474H AJB

      I, Bryan Pease, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned service occurred. My business address is 1901 First Ave., Suite 219, San Diego, CA 92101.

I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**MOTION TO RELIEVE PLAINTIFF'S COUNSEL AS ATTORNEY OF RECORD AND JOINT MOTION TO CONTINUE TRIAL READINESS DATES; DECLARATION OF BRYAN PEASE**

      I served the individual named by placing the documents in a sealed envelope. I then deposited the sealed envelope with the United States Postal Service with the postage fully prepaid this same day.

    Susan Shalov
    8968 Echo Ridge Dr.
    Las Vegas, NV 89117

    I also served opposing counsel by electronic filing:

    John H. Stephens <JStephens@mkblaw.com>

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed September 12, 2011, San Diego, California.


_____

Bryan Pease