Sage S. Sepahi (SBN 220782)
**THE LAW OFFICES OF SAGE SEPAHI**
1049 Camino Del Mar
Suite I
Del Mar, CA 92014
Tel: (858) 481-1600
Fax: (858) 461-6007

Attorney for Plaintiff
Susan Shalov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA
SOUTHERN DISTRICT

| | |
|---|---|
| SUSAN SHALOV, | Case No. 10-CV-0474-H (AJB) |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| MARK LANE; CAPITOL MOTION PICTURES, LLC; FULLY ATTIRED FILM GROUP, LLC; FULLY ATTIRED FILM GROUP, LP; FULL CIRCLE PRODUCTIONS, LP, | |
| Defendants. | |

Notice is hereby given of the entry of the undersigned as counsel for plaintiff Susan Shalov in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

Sage Sepahi, Esq.
The Law Offices of Sage Sepahi
1049 Camino Del Mar, Suite I
Del Mar, CA 92014

DATE: December 30, 2011        By: _____
                                    Sage Sepahi

NOTICE OF APPEARANCE OF COUNSEL