UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SHALOV,<br><br>                           Plaintiff,<br>          v.<br>MARK LANE, et al.,<br><br>                           Defendants. | Civil No.   10cv474-CAB (MDD)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE PRETRIAL CONFERENCE**<br><br>**[DOC. NO. 51]** |

Upon review of Plaintiff's Ex Parte Application to continue the pretrial conference [Doc. No. 51,] and good cause appearing, the motion is **GRANTED**.  The pretrial conference, currently scheduled for August 10, 2012 is **CONTINUED** to **Thursday, August 30, 2012** at **11:00 a.m.** in Courtroom 2 before Hon. Cathy Ann Bencivengo.

In light of the multiple continuances that have already been granted in this matter, Plaintiff's counsel is instructed to associate in counsel to appear at the pretrial conference on his behalf if he is unable to appear.

**IT IS SO ORDERED.**

DATED:  August 8, 2012

_____
**CATHY ANN BENCIVENGO**
United States District Judge